WILLIAM C. HAIGHT, Respondent, *v.* THE STOCK, GRAIN AND PROVISION COMPANY OF NEW YORK, LIMITED, Appellant.

*Haight* v. *Stock, Grain and Provision Co. of N. Y.*, 91 App. Div. 612, affirmed.
(Argued February 24, 1905; decided March 14, 1905.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 2, 1904, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Charles F. Brown* and *John Delahunty* for appellant.

*William P. Maloney* for respondent.

Judgment affirmed, with costs ; no opinion.
Concur : CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.

———————

TRINITY CHURCH OF POTSDAM, Respondent, *v.* MILTON H. BROWN, Appellant.

*Trinity Church of Potsdam* v. *Brown*, 88 App. Div. 618, affirmed.
(Argued February 24, 1905; decided March 14, 1905.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered November 25, 1903, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Lowen E. Ginn* for appellant.

*Thomas Spratt* and *A. X. Parker* for respondent.

Judgment affirmed, with costs ; no opinion.
Concur : CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.